15799.   CLAXTON HARDWARE CO. *v.* ODUM *et al.*

LUKE, J. It being made to appear to this court that the judgment and execution upon which this action is founded have been fully paid and satisfied, there is no question for decision by this court, and the writ of error must be dismissed.
*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 14, 1924.

Money rule; from city court of Reidsville—Judge Cowart. June 9, 1924.

*Henry H. Durrence,* for plaintiff in error.
*W. M. Smiley, J. T. Grice, M. Price,* contra.